EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

TROY ALSTON                                       :
    Plaintiff,                              :
                                                  :
v.                                                :   Case No.: 8:15-cv-03558-PJM
                                                  :
EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*    :
    Defendants.                             :

### STIPULATION OF DISMISSAL WITH PREJUDICE

Troy Alston, and Experian Information Solutions, Inc. stipulate and agree that Troy Alston's Complaint, First Amended Complaint, proposed Second Amended Complaint, claims and pleadings filed against Experian Information Solutions, Inc. are hereby dismissed with prejudice with Troy Alston and Experian Information Solutions, Inc. bearing their own attorney's fees, expert's fees and costs.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: _____

Troy Alston
10012 Cedarhollow Lane
Largo, Maryland 20774
301-350-5780
*Pro Se Plaintiff*

Merry S. Campbell
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
301-255-0550
*Attorney for Experian Information Solutions, Inc.*